UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 05 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

TYLER MILLER, an individual,

         Plaintiff - Appellant,

  v.

STEVE WATSON, an individual,

         Defendant - Appellee.

No. 20-35922

D.C. No. 3:18-cv-00562-SB
U.S. District Court for Oregon,
Portland

**MANDATE**

    The judgment of this Court, entered December 14, 2021, takes effect this

date.

    This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

    Costs are taxed against the appellee in the amount of $183.30.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7