IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TYLER MILLER,

        Plaintiff,

      v.

STEVE WATSON,

        Defendant.

Case No. 3:18-cv-00562-SB

**JUDGMENT**

Based on the Court's OPINION AND ORDER,

IT IS ADJUDGED that this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED this 6th day of June, 2023.

*Stacie F. Beckerman*

HON. STACIE F. BECKERMAN
United States Magistrate Judge

PAGE 1 – JUDGMENT